HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TEN TALENTS INVESTMENT 1 LLC,

                    Plaintiff,

          v.

OHIO SECURITY INSURANCE
COMPANY,

                    Defendant.

CASE NO. C12-5849 RBL

ORDER REQUESTING RESPONSE
TO MOTION FOR
RECONSIDERATION

THIS MATTER is before the Court on Ohio Security's Motion for Reconsideration [Dkt. #24] of the Court's Order [Dtk. #22] Granting Plaintiff Ten Talents' Motion to Compel [Dkt. #14] production of documents withheld from Ohio's claims file under the attorney-client privilege.

The Motion for Reconsideration is based on two arguments:

1.     The Court erroneously believed that Ohio was asserting an "advice of counsel" defense to Ten Talents' bad faith claims; and

2.     Under *Cedell v Farmers*, 295 P.3d 239 (Wash. 2013), the presumption that there is no attorney-client privilege in first party bad faith litigation can be overcome by a showing that the attorney was not engaged in the claim investigation, but was instead providing only a legal

1    opinion about whether coverage exists under the law.  This determination is made by the Court

2    following an *in camera* review of the disputed documents.

3            The Court has conducted an *in camera* review and is satisfied that Mr. McAllister did not

4    participate in the investigation and instead provided advice only on the subject of whether

5    coverage existed on a given set of facts.

6            Nevertheless, under Local Rule 7(h), no motion for reconsideration will be granted unless

7    an opposing party has been afforded the opportunity to file a response.  The Court hereby

8    REQUESTS that Ten Talents file a short Response to the Motion for Reconsideration, if it

9    believes that either of these two issues is still in play.  The Response should be no more than 8

10   pages and should be filed no later than May 31.

11           IT IS SO ORDERED.

12           Dated this 22nd day of May, 2013.

13

14           _____

15           RONALD B. LEIGHTON
             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24