HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEN TALENTS INVESTMENT 1 LLC,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C12-5849 RBL<br><br>ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION |

THIS MATTER is before the Court on Ohio Security's Motion for Reconsideration [Dkt. #24] of the Court's Order [Dtk. #22] Granting Plaintiff Ten Talents' Motion to Compel [Dkt. #14] production of documents withheld from Ohio's claims file under the attorney-client privilege.

The Motion for Reconsideration is based on two arguments:

1. The Court erroneously believed that Ohio was asserting an "advice of counsel" defense to Ten Talents' bad faith claims; and

2. Under *Cedell v Farmers*, 295 P.3d 239 (Wash. 2013), the presumption that there is no attorney-client privilege in first party bad faith litigation can be overcome by a showing that the attorney was not engaged in the claim investigation, but was instead providing only a legal

1 opinion about whether coverage exists under the law. This determination is made by the Court
2 following an *in camera* review of the disputed documents.
3     The Court has conducted an *in camera* review and is satisfied that Mr. McAllister did not
4 participate in the investigation and instead provided advice only on the subject of whether
5 coverage existed on a given set of facts.
6     Nevertheless, under Local Rule 7(h), no motion for reconsideration will be granted unless
7 an opposing party has been afforded the opportunity to file a response. The Court hereby
8 REQUESTS that Ten Talents file a short Response to the Motion for Reconsideration, if it
9 believes that either of these two issues is still in play. The Response should be no more than 8
10 pages and should be filed no later than May 31.
11     IT IS SO ORDERED.
12     Dated this 22nd day of May, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE